# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

**March 7, 2014**

| | | |
|---|---|---|
| CAAP–12–00 00901 | International Union of Painters and Allied Trades, Painters Local Union 1791, AFL-CIO v. Endo Painting Service, Inc. | Affirmed |

**March 13, 2014**

| | | |
|---|---|---|
| CAAP–12–00 00127 | State v. Kekaualua | Affirmed |

**March 18, 2014**

| | | |
|---|---|---|
| CAAP–13–00 00048 | LMR v. JT | Affirmed |
| CAAP–12–00 00195 | State v. Kalili | Vacated and Remanded |

**March 19, 2014**

| | | |
|---|---|---|
| CAAP–13–00 00044 | State v. Shaw | Affirmed |
| CAAP–13–00 00635, CAAP–13–10 001138 | DS, In re | Affirmed |

**March 21, 2014**

| | | |
|---|---|---|
| CAAP–13–00 01659 | Shyanguya v. Employment Sec. Appeals Referees' Office | Affirmed |
| CAAP–13–00 00059 | State v. Garcia | Affirmed |

**March 25, 2014**

| | | |
|---|---|---|
| CAAP–11–00 0637 | Sharon M.Y. Young Revocable Living Trust Agreement Dated April 28, 1995, In re | Affirmed |